In the matter of the appeal from the decree of the orphans court of the county of Essex, decreeing that ORLANDO B. LEVAN predeceased John S. Geary and that the estate of said Orlando B. LeVan be distributed according to the terms of the will admitted to probate in Essex county on September 30th, 1935.

[Argued October 18th, 1938.   Decided February 6th, 1939.]

*Messrs. Carey & Lane* (*Mr. Robert Carey* and *Mr. Harry Lane,* of counsel), for the appellant.

*Mr. Rudolph A. Huebner,* for the respondent Joseph H. LeVan.

PER CURIAM.

We have examined and considered with care the evidence and stipulation exhibited by the state of the case herein, in the light of the arguments of counsel, and we conclude that the decree of the prerogative court, advised by Vice-Ordinary Berry, is fully justified, and such decree will be affirmed, with costs.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, CASE, BODINE, DONGES, HEHER, PERSKIE, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ.   14.

*For reversal*—None.